| AO 10<br>Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2019** | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Arias-Marxuach, Raul M. | 2. Court or Organization<br><br>U.S. District Court for the Ditrict of Puerto Rico | 3. Date of Report<br><br>12/02/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Clemente Ruiz Nazario U.S. Courthouse
150 Chardón Avenue CH-133
San Juan, Puerto Rico 00918

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Capital Member | McConnell Valdés LLC (Until May 16, 2019) |
| 2. | Member of the Board of Directors | Asociación de Fomento Educativo, Inc. |
| 3. | Vice President and Member of the Board of Directors | Asociación para la Educación Integral, Inc. (Until October 9, 2019) |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1995 | McConnell Valdés Retirement Plan- Retirement Plan Accounts- with former law firm, firm-managed asset selection. |
| 2. 1995 | MConnell Valdés Retirement Plan- Savings Accounts- with former law firm, Puerto Rican equivalent to a 401(k) Plan. |
| 3. 2018 | McConnell Valdés, LLC, former law firm must repay value of membership units and equity. |

| Name of Person Reporting | Date of Report |
|---|---|
| Arias-Marxuach, Raul M. | 12/02/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | McConnell Valdés, LLC | $125,878.92 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Colegio San Ignacio de Loyola |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. NYU School of Law | September 26-27, 2019 | New York, New York | NYU Civil Jury Project Workshop | Transportation, meals and lodging |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Arias-Marxuach, Raul M.** | 12/02/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Worcester Polytechnic Institute | Tutition Agreements | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | BROKERAGE ACCOUNT POPULAR SECURITIES # 1 (H) | | | | | | | | | |
| 2. | Private Management Account Popular # 1 (Cash Equivalent) | A | Interest | J | T | | | | | |
| 3. | Popular Money Market Fund # 1 | A | Dividend | K | T | | | | | |
| 4. | Bank of America Corp. | A | Dividend | K | T | | | | | |
| 5. | Citigroup, Inc. Com New | A | Dividend | J | T | | | | | |
| 6. | General Electric Co. Com | A | Dividend | K | T | | | | | |
| 7. | Popular, Inc. Com New | A | Dividend | J | T | | | | | |
| 8. | Travelers Companies, Inc. Com New | A | Dividend | J | T | | | | | |
| 9. | Wabtec Corp Com | A | Dividend | J | T | Spinoff (from line 6) | 02/26/19 | J | | |
| 10. | | | | | | Sold (part) | 02/28/19 | J | | |
| 11. | Walmart, Inc. Com | A | Dividend | K | T | | | | | |
| 12. | Puerto Rico Elec Pwr Auth. Rev. Power 5.25000% 7/01/2023 | B | Interest | K | T | | | | | |
| 13. | AIG Focused Dividend Strategy CL C | A | Dividend | J | T | | | | | |
| 14. | Franklin Rising Dividends Class C | A | Dividend | J | T | | | | | |
| 15. | MFS Total Return Class C | A | Dividend | K | T | | | | | |
| 16. | Nuveeen Santa Barbara Growth CL C | B | Dividend | J | T | | | | | |
| 17. | Invesco Oppenheimer Steelpath MLP CL C | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Arias-Marxuach, Raul M.** | 12/02/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Wells Fargo Premier Larg Co. Growth C | B | Dividend | K | T | | | | | |
| 19. Franklin Income Class C | A | Dividend | K | T | | | | | |
| 20. Invesco Oppenheimer Senior Floating Rate CL C | A | Dividend | J | T | | | | | |
| 21. SPDR SER TR S&P Divid ETF | A | Dividend | J | T | | | | | |
| 22. Vanguard Group Div. App. ETF | A | Dividend | J | T | | | | | |
| 23. BROKERAGE ACCOUNT POPULAR SECURIES # 2 (H) | | | | | | | | | |
| 24. Evestnet Asset MGMT Russell #1 | C | Dividend | L | T | | | | | |
| 25. BROKERAGE ACCOUNT POPULAR SECURITIES # 3 (H) | | | | | | | | | |
| 26. Popular Money Market Fund # 2 | A | Dividend | J | T | | | | | |
| 27. Eaton Vance TXMGD GL BUYWR OPP COM | C | Dividend | K | T | | | | | |
| 28. General Electric Co. | A | Dividend | J | T | | | | | |
| 29. Pfizer, Inc. | A | Dividend | J | T | | | | | |
| 30. Popular Inc. Com New | A | Dividend | J | T | | | | | |
| 31. Wabtec Corp Com | | None | | | Spinoff<br>(from line 28) | 02/26/19 | J | | |
| 32. | | None | | | Sold | 02/28/19 | J | | |
| 33. General Elec Cap Corp MTN BE 4.65000% 10/17/2021 | A | Interest | K | T | | | | | |
| 34. JP Morgan Chase & Co. Note 4.5000% 01/24/2022 | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Arias-Marxuach, Raul M.** | 12/02/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. General Elec Cap Corp 4.50000% 02/15/2022 | A | Interest | K | T | | | | | |
| 36. JP Morgan Chase & Co Note 3.25000% 09/23/2022 | A | Interest | K | T | | | | | |
| 37. General Elec. Cap. MTN BE 3.10000% 01/09/2023 | A | Interest | K | T | | | | | |
| 38. Wells Fargo Co MTN BE 3.45000% 02/13/2023 | A | Interest | K | T | | | | | |
| 39. Puerto Rico Commwlth Public Impt Ref Bds 5.25000% 07/01/2024 | C | Interest | L | T | | | | | |
| 40. AIG Focused Dividend Strategy CL C | B | Dividend | K | T | | | | | |
| 41. Thornburg Inv Income Builder Fund CL C | A | Dividend | K | T | | | | | |
| 42. IShares Europe ETF | A | Dividend | K | T | | | | | |
| 43. IShares Select Dividend ETF | B | Dividend | L | T | | | | | |
| 44. SPDR S&P MIDCAP 400 ETF | A | Dividend | K | T | | | | | |
| 45. BROKERAGE ACCOUNT POPULAR SECURITIES # 4 (H) | | | | | | | | | |
| 46. Private Management Account Popular # 2 (Cash Equivalent) | A | Interest | J | T | | | | | |
| 47. Popular Money Market Fund # 3 | A | Dividend | M | T | | | | | |
| 48. Popular Inc Com New | A | Dividend | J | T | | | | | |
| 49. Puerto Rico Fixed Income FD II INC | A | Dividend | J | T | | | | | |
| 50. Puerto Rico Ins. Flexible Allocation | B | Dividend | K | T | | | | | |
| 51. Gov Natl Mgt Assn Pool #635197 30000% 05/15/2047 | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Arias-Marxuach, Raul M.** | 12/02/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Goldman Sachs Group Inc. Note 5.25000% 07/27/2021 | C | Interest | L | T | | | | | |
| 53. Puerto Rico Sales Tax FING Corp Sales 08/1/2031 | | None | | | Redeemed | 02/13/19 | K | | |
| 54. Puerto Rico Sales Tax FING Corp Sales 08/1/2042 | | None | | | Sold | 01/11/19 | J | | |
| 55. Puerto Rico Sales Tax FING Corp Sales 08/1/2029 | | None | | | Sold | 01/11/19 | K | | |
| 56. Puerto Rico Sales Tax FING Corp 4.32900% 07/21/2040 | B | Interest | K | T | Buy | 02/13/19 | K | | |
| 57. Federal Farm CR BKS Bond 2.71000% 06/20/2028 | B | Interest | | | Redeemed | 10/17/19 | L | | |
| 58. Federal Home Loan Bank Bond 2.68000% 06/27/2028 | B | Interest | L | T | | | | | |
| 59. PR GNMA PL 572020 6.000% 05/15/2031 | B | Interest | K | T | | | | | |
| 60. PR GNMA PL 593672 5.500% 08/15/2032 | B | Interest | K | T | | | | | |
| 61. PR GNMA PL 593672 5.500% 10/15/2032 | B | Interest | K | T | | | | | |
| 62. PR GNMA PL # 647564 5.5000% 01/15/2034 | B | Interest | K | T | | | | | |
| 63. Morgan Stanley BK NA CD 2.550000% | A | Interest | K | T | Buy | 06/14/19 | K | | |
| 64. BROKERAGE ACCOUNT POPULAR SECURITIES # 5 (H) | | | | | | | | | |
| 65. Envestnet Asset MGMT Russell # 2 | C | Dividend | L | T | | | | | |
| 66. BANK ACCOUNTS, CERTIFICATES OF DEPOSIT & IRAS (H) | | | | | | | | | |
| 67. Banco Santander Puerto Rico Savings Account (Cash Equivalent) | | None | J | T | | | | | |
| 68. Banco Santander Puerto Rico Checking Account (Cash Equivalent) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Arias-Marxuach, Raul M.** | 12/02/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Bank of America Checking Account (Cash Equivalent) | A | Interest | J | T | | | | | |
| 70. Bank of America Savings Account (Cash Equivalent) | A | Interest | M | T | | | | | |
| 71. Oriental Bank Account # 1 (Cash Equivalent) | A | Interest | M | T | | | | | |
| 72. Oriental Bank Account # 2 (Cash Equivalent) | A | Interest | | | Closed | 06/04/19 | J | | |
| 73. Popular Plus Bank Account (Cash Equivalent) | A | Interest | J | T | | | | | |
| 74. IRA # 1 BPPR CD (Cash Equivalent) | A | Interest | K | T | | | | | |
| 75. IRA # 2 BPPR Stock Market 150 | | None | J | T | | | | | |
| 76. IRA # 3 BPPR Stock Market 150 | | None | J | T | | | | | |
| 77. IRA # 4 Oriental CD (Cash Equivalent) | A | Dividend | J | T | | | | | |
| 78. IRA # 5 BPPR Citit MN IRA CD (Cash Equivalent) | A | Interest | J | T | | | | | |
| 79. IRA # 6 BPPR Citit MN IRA CD (Cash Equivalent) | A | Interest | J | T | | | | | |
| 80. IRA # 7 BPPR IRA CD (Cash Equivalent) | A | Interest | L | T | | | | | |
| 81. IRA # 8 BPPR Educational IRAs CD (Cash Equivalent) | A | Interest | J | T | | | | | |
| 82. IRA #9 Oriental CD (Cash Equivalent) | A | Interest | L | T | | | | | |
| 83. IRA#10 Oriental Education IRAs CD (Cash Equivalent) | A | Interest | J | T | | | | | |
| 84. RETIREMENT SAVINGS AND PENSION PLANS (H) | | | | | | | | | |
| 85. McConnell Valdés Retirement Plan- Savings Accounts (401k) (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Arias-Marxuach, Raul M.** | 12/02/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  Vanguard 500 (401k) | | None | N | T | | | | | |
| 87.  Vanguard Life Strat Conserv Growth (401k) | | None | L | T | | | | | |
| 88.  McConnell Valdés Retirement Plan-Retirement Accounts | | None | N | T | | | | | |
| 89.  P&G Retirement Savings Plan (H): | | | | | | | | | |
| 90.  P&G Retirement Savings Plan-Vanguard Treasury Money Market | | None | J | T | | | | | |
| 91.  P&G Retirement Savings Plan-Vanguard Balanced Index | A | Dividend | J | T | | | | | |
| 92.  P&G Retirement Savings Plan-Vanguard Institutional Index | A | Dividend | K | T | | | | | |
| 93.  P&G Retirement Savings Plan-P&G Stock | A | Dividend | J | T | | | | | |
| 94.  P&G Retirement Savings Plan-Smuckers Stock | A | Dividend | J | T | | | | | |
| 95.  Friends Seminary Defined Contribution Plan: TIAA-CREF (H) | | | | | | | | | |
| 96.  TIAA Traditional Annuity | A | Interest | J | T | | | | | |
| 97.  CREF Stock R2 | | None | K | T | | | | | |
| 98.  INVESTMENT IN LAW FIRM AND AFFILIATE (H) | | | | | | | | | |
| 99.  Membership Units in McConnell Valdés LLC | | None | | | Redeemed | 05/16/19 | N | | McConnell Valdés LLC |
| 100.  Receivable from McConnell Valdés LLC | | None | N | U | Buy | 05/16/19 | N | | |
| 101.  Common Stock of McConnell Valdés Consulting, Inc. (McV Consulting) | | None | | | Redeemed | 05/16/19 | J | | McV Consulting |
| 102.  REAL ESTATE (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Arias-Marxuach, Raul M.** | 12/02/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.   Real Estate Parcel # 1 Cabo Rojo, Puerto Rico (25% interes) | B | Rent | N | W | | | | | |
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. | | | | | | | | | |

| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Arias-Marxuach, Raul M.** | 12/02/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. Positions & Part III-A Non-Invesment Income:  I was Capital Member of McConnell Valdés until May 16, 2019 when my resignation became effective.

Part II. Agreements:

Upon my resignation from McConnell Valdés LLC, my membership units in the law firm became a receivable due from the firm the value of which is determined by my capital account.

In Part VII Investments and Trusts:

"BPPR" stands for Banco Popular de Puerto Rico.

The Banco Santander Savings and Checking Accounts were listed jointly in prior reports.

The Popular Plus Bank Account in line 73 was opened in lieu of Oriental Bank Account #2.

The Wabtec shares listed in lines 9 and 31 are the result of a spin-off by General Electric Co.

| Name of Person Reporting | Date of Report |
|---|---|
| **Arias-Marxuach, Raul M.** | 12/02/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Raul M. Arias-Marxuach**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544